TODD SHIPYARDS CORPORATION v. TODD DRYDOCK AND REPAIR CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn and Shientag, JJ. [See *ante*, p. 952.]

PREMIER LAUNDRY, INC., v. ALFRED KLEIN et al.— Motion for leave to appeal to the Court of Appeals or for reargument and for continuation of injunction pending appeal denied, with $10 costs, and stay vacated. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 946.]

NORTH AMERICAN INSTRUMENT CO., INC., v. MONARCH SALES CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 892.]

In the Matter of MAX SILVERSTEIN et al. against JOHN F. O'CONNELL et al., Constituting the Members of the State Liquor Authority of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 946.]

In the Matter of the Arbitration between SILBERBERG FABRIC CORPORATION AND ATLANTA WOOLEN MILLS CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 959.]

GOERTZEL & MELTZER, INC., v. FIDELITY & DEPOSIT COMPANY OF MARYLAND. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore and Van Voorhis, JJ. [See *ante*, p. 960.]

ALBERT E. MCKENZIE, as Trustee in Bankruptcy of Graves-Quinn Corporation, v. IRVING TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 945.]

VIRGINIO F. ORSINI v. EASTERN WINE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 947.]

HILLARY HOLDING CORPORATION v. BROOKLYN JOCKEY CLUB. BROOKLYN JOCKEY CLUB v. HILLARY HOLDING CORPORATION et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 538.]

112 EAST 36TH STREET HOLDING CORP. v. JEANNE M. DAFFOS.— Motion for reargument granted and, upon reargument, the order and judgment is unanimously reversed, with costs to the appellant, the motion to strike out defendant-appellant's answer and defense denied and the amended complaint dismissed. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 447.]